UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON

RECEIVED

FEB - 5 2015

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

JAN KONOPCA             CIVIL 14-187(AET)

v.

EVEREST RECEIVABLES, INC.        O R D E R

It appearing that it has been reported to the Court that the above-captioned matter has been settled,

It is on this 4 day of Feb. 2015,

ORDERED that this action be and is hereby dismissed, without costs and without prejudice to the right, upon good cause shown within **60** days, to reopen the action if the settlement is not consummated. The Court shall retain jurisdiction over this matter for the purpose of enforcing the settlement.

ANNE E. THOMPSON, U.S.D.J.